THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN WULFORST, Appellant.

*People* v. *Wulforst*, 146 App. Div. 938, affirmed.
(Argued November 27, 1911; decided December 12, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

October 27, 1911, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of section 2412 of the Penal Law in having in his possession a false measure.

*James C. Van Siclen* for appellant.

*Charles S. Whitman, District Attorney* (*Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: GRAY, VANN, CHASE and COLLIN, JJ.   Dissenting: CULLEN, Ch. J., HAIGHT and HISCOCK, JJ.